■ MICHAEL R. GOLDING, Respondent, v LITA D. G. GOTTESMAN, Appellant. [837 NYS2d 719]—

In an action to recover the proceeds of certain loans, the defendant appeals from a judgment of the Supreme Court, Westchester County (Colabella, J.), entered April 11, 2006, which, after a nonjury trial, is in favor of the plaintiff and against her in the principal sum of $194,065.47.

Ordered that the judgment is affirmed, with costs.

" 'Where, as here, a case is tried without a jury, our power to review the evidence is as broad as that of the trial court, bearing in mind . . . that due regard must be given to the decision of the Trial Judge who was in a position to assess the evidence and the credibility of the witnesses' " (*Tornheim v Kohn*, 31 AD3d 748 [2006], quoting *Universal Leasing Servs. v Flushing Hae Kwan Rest.*, 169 AD2d 829, 830 [1991]; *see Northern Westchester Professional Park Assoc. v Town of Bedford*, 60 NY2d 492, 499 [1983]; *Kaywood Props., Ltd. v Glover*, 34 AD3d 645 [2006]). The evidence established that the plaintiff made a series of loans to the defendant in order to save the defendant's house from foreclosure, first by a bank and then by the City of New Rochelle, that the defendant promised to repay the loans, and that the defendant failed to do so (*see Langenbach v Renna*, 255 AD2d 366 [1998]; *see generally Wallach v Dryfoos*, 140 App Div 438, 440 [1910]). The defendant did not prove that the plaintiff's tender of money was a gift (*see Langenbach v Renna, supra;*

*Matter of Carroll*, 100 AD2d 337, 338-339 [1984]). Accordingly, the trial court's determination is supported by the record, and we find no reason to disturb it (*see Kahan v Sulaymanov*, 24 AD3d 612 [2005]; *Bucci v Bucci*, 231 AD2d 665 [1996]).

The defendant's remaining contentions are without merit. Miller, J.P., Ritter, Santucci and Florio, JJ., concur.